IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ALPHONSO CLEMENTE BATTLE, | ) |
| Petitioner, | ) |
| vs. | ) CIVIL ACTION NO. 2:09cv152-WHA |
| UNITED STATES OF AMERICA, | )           (WO) |
| Respondent. | ) |

**FINAL JUDGMENT**

In accordance with the order entered in this case on this day,

Final Judgment is entered in favor of the Respondent and against the Petitioner, Alphonso Clemente Battle.

DONE this 11th day January, 2011.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE